1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional   Chief   Counsel,
3  Region  IX  U.S.   Social
   Security Administration
4  DONNA M. MONTANO
5  Special Assistant United States Attorney

6       333 Market Street, Suite
        1500 San Francisco,
        California 94105
7       Telephone: (415)977-8985
        Facsimile: (415)744-0134
8       E-Mail: Donna.m.montano@ssa.gov

9  Attorneys for Defendant

10                  UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                        FRESNO DIVISION

13

14 SYLVIA BENAVIDEZ,           )    CIVIL NO. 1:07-496-SMS
                               )
15            Plaintiff,       )    **AMENDED STIPULATION AND**
                               )    **ORDER TO EXTEND TIME**
16      v.                     )
                               )
17                             )
   MICHAEL J. ASTRUE,          )
18 Commissioner of Social      )
   Security,                   )
19                             )
20            Defendant.       )
   _____)
21

22      Pursuant to the Scheduling Order in this matter, the parties

23 hereby stipulate by counsel that Defendant shall have a first

24 extension of time in which to respond to Appellant's Opening Brief

25 to and until December 14, 2007.  The prior due date was October 24,

26

27

28                              1

2007.  The extension is nececessary due to the recent re-assignment

of this case to the undersigned as Counsel for the Commissioner of

Social Security.  All other dates in the Courts Scheduling Order are

extended accordingly..

                          Respectfully submitted,

                          /s/ Brian Shapiro

Dated:11/2/07             _____
                          BRIAN SHAPRIO
                          By telephone authorization
                          Attorney for Plaintiff



Dated:11/2/07



                          /s/ Donna Montano
                          _____
                          DONNA M. MONTANO
                          Special Assistant U.S. Attorney
                          Attorneys for Defendant



**IT IS SO ORDERED:**

Dated:   11/5/2007          /s/ Sandra M. Snyder
                          SANDRA M. SNYDER
                          United States Magistrate Judge

2