```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO
Special Assistant U.S. Attorney
     333 Market Street, Suite 1500
     San Francisco, CA 94105
     Telephone: (415) 977-8985
     Facsimile: (415) 744-0134
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SYLVIA BENAVIDEZ,                    )<br>                                      )<br>     Plaintiff,                      )<br>                                      )<br>                                      )<br>MICHAEL J. ASTRUE,                    )<br>Commissioner of Social               )<br>Security,                            )<br>                                      )<br>     Defendant.                      )<br>_____) | 1:07-cv-00496-SMS<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'SRESPONSE;<br><br>**ORDER** |

   Previously, the parties stipulated that Respondent should have a first extension of time of 30 days in which to respond to Appellant's Opening Brief due to a scheduling conflict arising from the large number of cases which await briefing, and the recent re-assignment of this case to the undersigned attorney for Defendant. The re-assignment of this case to the undersigned as new attorney for Respondent was necessary, because the prior attorney for Respondent, Odell Grooms, was required to report for active duty with the United States Air Force.

   Respondent now respectfully requests additional time, to and including **December 31, 2007,** to Respond to Appellant's Opening

Brief.  The request for enlargement of time is for good cause. Specifically, the undersigned counsel for Respondent, Michael J. Astrue, has five cases to brief between December 10 and December 19, 2007, in addition to preparing for a Ninth Circuit oral argument scheduled this week.  Further, the undersigned counsel inadvertently miscalendared this case.  The undersigned counsel has contacted opposing counsel in this case, and opposing counsel has no objection to this extension.  The undersigned counsel apologizes for any inconvenience to this Court or opposing counsel, and makes this request for an extension in good faith.

                                Respectfully submitted,


Dated:12/06/07                  McGREGOR W. SCOTT
                                United States Attorney
                                LUCILLE GONZALES MEIS
                                Regional Chief Counsel, Region IX
                                Social Security Administration


                                /s/ Donna Montano
                                _____
                                Donna M. Montano
                                Special Assistant U.S. Attorney

                                Attorneys for Respondent


**IT IS SO ORDERED:**


Dated:   /12/6/2007             /s/ Sandra M. Snyder_____

                                Sandra M. Snyder
                                United States Magistrate Judge